JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF PINOLE, JAMES W. ROSE, individually and in his Official Capacity as CHIEF OF POLICE OF THE CITY OF PINOLE POLICE DEPARTMENT; ZACHERY R. BLUME, individually and as an Officer of the CITY OF PINOLE POLICE DEPARTMENT (BADGE #341); TIMOTHY CAUWELS, individually and as an Officer of the CITY OF PINOLE DEPARTMENT (BADGE #353)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE CLARK, SHAYLA MONIQUE TERRELL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PINOLE, JAMES W. ROSE, individually and in his Official Capacity as CHIEF OF POLICE OF THE CITY OF PINOLE POLICE DEPARTMENT; ZACHERY R. BLUME, individually and as an Officer of the CITY OF PINOLE POLICE DEPARTMENT (BADGE #341); TIMOTHY CAUWELS, individually and as an Officer of the CITY OF PINOLE DEPARTMENT (BADGE #353), RICHARD DANIEL BURTON, and DOES 1 - 100, inclusive,<br><br>Defendants. | Case No. C08-05537 JL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE AND EXCUSING DEFENDANT CHIEF JAMES W. ROSE FROM ATTENDING SETTLEMENT CONFERENCE**<br><br>Settlement Conf.: June 12, 2009<br>Judge: Hon. Maria-Elena James<br><br><br>Action Filed: 12/10/2008 |

IT IS HEREBY STIPULATED between the parties as follows:

1.  Defendant Timothy Cauwels will be graduating from his Master's Degree program in Vermont on June 12, 2009, and is therefore unavailable to attend the currently scheduled

STIPULATION AND ORDER CONTINUING SETTLEMENT
CONFERENCE AND EXCUSING CHIEF ROSE FROM
ATTENDING SETTLEMENT CONFERENCE C08-05537 JL

Settlement Conference. Defendant Timothy Cauwels was one of the arresting officers involved in this incident, drafted a police report relating to his involvement and is now a sergeant for the Pinole Police Department. Defendant Timothy Cauwels is a key percipient party witness in this case whose presence at the Settlement Conference is necessary in order to assure a meaningful session.

2. As such, good cause is present to move the Settlement Conference currently set for June 12, 2009, to June 19, 2009, at 10:00 a.m., a date and time confirmed to be convenient to the Court and all parties.

3. In addition, Defendant Chief James W. Rose is retired from the Pinole Police Department and requiring his attendance at the Settlement Conference would be unduly burdensome to him. Chief Rose was not a percipient witness and has no personal knowledge of any facts in relation to the incident. His absence at the Settlement Conference will not impact settlement negotiations or the potential resolution of this matter. Chief Rose was simply named in this case for the *Monell* related claims and Plaintiffs' counsel has agreed to defer discovery on all *Monell* related claims until later in this case per agreement with counsel for the City of Pinole Defendants. A Command Staff member of the Pinole Police Department will attend instead of retired Chief Rose.

4. Good cause exists for the Court to excuse Defendant Retired Chief James W. Rose from attending the Settlement Conference.

5. Counsel on both sides of this matter have met and conferred regarding these issues and have agreed to such accommodations.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: April 27, 2009

LAW OFFICES OF PANOS LAGOS

By: _____
Panos Lagos, Esq.
Attorney for Plaintiffs
ANTOINETTE CLARK
SHAYLA MONIQUE TERRELL

STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE AND EXCUSING CHIEF ROSE FROM ATTENDING SETTLEMENT CONFERENCE C08-05537 JL     2

Dated: April 27, 2009

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
CITY OF PINOLE, JAMES W. ROSE, individually and in his Official Capacity as CHIEF OF POLICE OF THE CITY OF PINOLE POLICE DEPARTMENT; ZACHERY R. BLUME, individually and as an Officer of the CITY OF PINOLE POLICE DEPARTMENT (BADGE #341); TIMOTHY CAUWELS, individually and as an Officer of the CITY OF PINOLE DEPARTMENT (BADGE #353)

Dated: April 27, 2009

CRESWELL, ECHEGUREN, RODGERS & NOBLE

By: _____
Ronald Echeguren, Esq.
Andrew Noble, Esq.
Attorney for Defendant
RICHARD DANIEL BURTON

## ORDER

The parties have demonstrated good cause to continue the Settlement Conference from June 12, 2009, to June 19, 2009, at 10:00 a.m., a date convenient to the Court and all parties. In addition, the parties have demonstrated good cause to excuse Defendant Chief James W. Rose's attendance from the Settlement Conference.

**IT IS SO ORDERED.**

Dated: May 1, 2009

By: _____
Honorable Maria-Elena James
United States District Court Magistrate Judge

STIPULATION AND ORDER CONTINUING SETTLEMENT
CONFERENCE AND EXCUSING CHIEF ROSE FROM
ATTENDING SETTLEMENT CONFERENCE C08-05537 JL          3