1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
   PFALZER, BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendants
   CITY OF PINOLE, JAMES W. ROSE, individually and in his
7  Official Capacity as CHIEF OF POLICE OF THE CITY OF
   PINOLE POLICE DEPARTMENT; ZACHERY R. BLUME,
8  individually and as an Officer of the CITY OF PINOLE
   POLICE DEPARTMENT (BADGE #341); TIMOTHY
9  CAUWELS, individually and as an Officer of the CITY OF
   PINOLE DEPARTMENT (BADGE #353)

10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  ANTOINETTE CLARK, SHAYLA MONIQUE TERRELL, | Case No. C08-05537 JL |
| 15  Plaintiffs, | STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE AND EXCUSING DEFENDANT OFFICER BLUME FROM PERSONALLY ATTENDING SETTLEMENT CONFERENCE |
| 16  vs. | |
| 17  CITY OF PINOLE, JAMES W. ROSE, individually and in his Official Capacity as CHIEF OF POLICE OF THE CITY OF PINOLE POLICE DEPARTMENT; ZACHERY R. BLUME, individually and as an Officer of the CITY OF PINOLE POLICE DEPARTMENT (BADGE #341); TIMOTHY CAUWELS, individually and as an Officer of the CITY OF PINOLE DEPARTMENT (BADGE #353), RICHARD DANIEL BURTON, and DOES 1 - 100, inclusive, | Settlement Conf.: June 24, 2009<br>Judge: Hon. Maria-Elena James<br><br>Action Filed: 12/10/2008 |
| 24  Defendants. | |

25

26        IT IS HEREBY STIPULATED between the parties as follows:

27        1.    This matter was previously set for a Settlement Conference for June 12, 2009.

28  Due to the fact that Defendant Timothy Cauwels was in Vermont graduating from college on that

STIPULATION AND ORDER CONTINUING SETTLEMENT
CONFERENCE AND EXCUSING OFFICER BLUME FROM
ATTENDING SETTLEMENT CONFERENCE C08-05537 JL

1  date, the parties agreed and the Court approved a stipulation and order moving the settlement conference to June 19th.

2. Recently, the parties received an order from the Court resetting the settlement conference of June 19th to June 24th. The new date of June 24th was in conflict with the schedules of both defense counsel in this matter. Therefore, Mr. Blechman's office contacted Judge James' calendar clerk and were informed that another available date was July 1st, as well as some other dates in late August.

3. The parties then met and conferred and determined that the July 1st date was the best available date for this settlement conference. As such, the parties hereby stipulate to move the settlement conference to July 1st at 10:00 a.m. with Your Honor. The parties agree to provide settlement conference statements to the Court pursuant to this new date and per Your Honor's standing order regarding settlement conferences.

4. In addition, Mr. Blechman's office informed all parties that named Defendant Officer Blume would not be available on July 1st for the settlement conference as he will be out of the area on a pre-planned family vacation that week. Mr. Blechman indicated that he would make Officer Blume be on telephone standby for the settlement conference to make him available if need be.

5. All parties are in agreement that Officer Blume does not need to personally attend the July 1st settlement conference and can attend via telephone standby.

6. Officer Blume's absence at the settlement conference will not hinder or detrimentally affect whether or not the session is meaningful, will not impact settlement negotiations or the potential resolution of this matter. Though he was involved in the arrests of the Plaintiffs, Officer Blume wrote a detailed report of his version of events. In addition, Defendant Officer (now Sgt.) Cauwels will be present, along with Deputy Chief Pete Janke and an insurance representative for the conference. The Court has previously excused retired Chief James Rose from his attendance at the settlement conference.

7. As such, good cause is present to move the Settlement Conference currently set for June 24, 2009, to July 1, 2009, at 10:00 a.m., a date and time confirmed to be convenient to the

STIPULATION AND ORDER CONTINUING SETTLEMENT         2
CONFERENCE AND EXCUSING OFFICER BLUME FROM
ATTENDING SETTLEMENT CONFERENCE C08-05537 JL


Court and all parties.

8. In addition, good cause is also present to excuse Officer Blume's personal attendance at the conference, though he will be made available via telephone standby during the time of the conference in case contact with him needs to be made.

9. Counsel on both sides of this matter have met and conferred regarding these issues and have agreed to such accommodations.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: June 16, 2009       LAW OFFICES OF PANOS LAGOS

By: _____
Panos Lagos, Esq.
Attorney for Plaintiffs
ANTOINETTE CLARK
SHAYLA MONIQUE TERRELL

STIPULATION AND ORDER CONTINUING SETTLEMENT        3
CONFERENCE AND EXCUSING OFFICER BLUME FROM
ATTENDING SETTLEMENT CONFERENCE C08-05537 JL

| | | |
|---|---|---|
| Dated: June 16, 2009 | | McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP |

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
CITY OF PINOLE, JAMES W. ROSE, individually and in his Official Capacity as CHIEF OF POLICE OF THE CITY OF PINOLE POLICE DEPARTMENT; ZACHERY R. BLUME, individually and as an Officer of the CITY OF PINOLE POLICE DEPARTMENT (BADGE #341); TIMOTHY CAUWELS, individually and as an Officer of the CITY OF PINOLE DEPARTMENT (BADGE #353)

Dated: June 16, 2009         CRESWELL, ECHEGUREN, RODGERS & NOBLE

By: _____
Ronald Echeguren, Esq.
Andrew Noble, Esq.
Attorney for Defendant
RICHARD DANIEL BURTON

## ORDER

The parties have demonstrated good cause to continue the Settlement Conference from June 24, 2009, to July 1, 2009, at 10:00 a.m., a date convenient to the Court and all parties. In addition, the parties have demonstrated good cause to excuse Defendant Officer Blume's personal attendance from the Settlement Conference, though he should be on telephone standy.

**IT IS SO ORDERED.**

Dated: June 19, 2009

By: _____
Honorable Maria-Elena James
United States District Court Magistrate Judge