Case3:08-cv-05537-JL   Document28   Filed07/23/09   Page1 of 5

JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF PINOLE, JAMES W. ROSE, ZACHERY R. BLUME,
TIMOTHY CAUWELS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE CLARK, SHAYLA MONIQUE TERRELL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PINOLE, JAMES W. ROSE, individually and in his Official Capacity as CHIEF OF POLICE OF THE CITY OF PINOLE POLICE DEPARTMENT; ZACHERY R. BLUME, individually and as an Officer of the CITY OF PINOLE POLICE DEPARTMENT (BADGE #341); TIMOTHY CAUWELS, individually and as an Officer of the CITY OF PINOLE DEPARTMENT (BADGE #353), RICHARD DANIEL BURTON, and DOES 1 - 100, inclusive,<br><br>Defendants. | Case No. C08-05537 JL<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING PARTIES** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that Plaintiff SHAYLA MONIQUE TERRELL hereby dismisses, with prejudice, her Complaint for Damages in the above entitled action as against all Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear their own fees and costs. In addition, Plaintiff ANTOINETTE CLARK hereby dismisses all claims, with prejudice, in her

STIPULATION AND ORDER DISMISSING
PARTIES – C08-05537 JL

Case3:08-cv-05537-JL Document28 Filed07/23/09 Page2 of 5

1 Complaint for Damages in the above entitled action as against Defendant ZACHARY R. BLUME
2 only, each party to bear their own fees and costs.
3     IT IS SO STIPULATED
4
5 Dated: July ___, 2009     LAW OFFICES OF PANOS LAGOS
6
7     By: *See attached*
8     Panos Lagos, Esq.
    Attorney for Plaintiffs
    ANTOINETTE CLARK
9     SHAYLA MONIOUE TERRELL
10
11 Dated: July ___, 2009     CRESWELL, ECHEGUREN, RODGERS & NOBLE
12
13     By: *See attached*
    Ronald Echeguren, Esq.
14     Andrew Noble, Esq.
    Attorney for Defendant RICHARD DANIEL BURTON
15
16
17 Dated: July 22, 2009     MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
    PFALZER, BORGES & BROTHERS LLP
18
19     By: _____
20     James V. Fitzgerald, III
    Noah G. Blechman
21     Attorneys for Defendants
    CITY OF PINOLE, JAMES W. ROSE, ZACHERY R.
22     BLUME, TIMOTHY CAUWELS
23
24
25 **ORDER OF THE COURT**
26     Plaintiff SHAYLA MONIQUE TERRELL's Complaint for Damages in the above entitled
27 action is hereby ordered dismissed, with prejudice, as against all Defendants, pursuant to Federal
28 Rule of Civil Procedure 41(a)(1), each party to bear their own fees and costs. In addition,

Case3:08-cv-05537-JL   Document28   Filed07/23/09   Page3 of 5

1  Plaintiff ANTOINETTE CLARK's Complaint for Damages in the above entitled action is hereby
2  ordered dismissed, with prejudice, as against Defendant ZACHARY R. BLUME only, pursuant
3  to Federal Rule of Civil Procedure 41(a)(1), each party to bear their own fees and costs.
4  Case Management Conference on July 29, 2009 is hereby vacated.
   IT IS SO ORDERED

6  Dated: 7-24-05

7  By: _____
8  Honorable James Larson
   United States District Court Magistrate Judge

STIPULATION AND ORDER DISMISSING          3
PARTIES – C08-05537 JL

1  Complaint for Damages in the above entitled action as against Defendant ZACHARY R. BLUME
2  only, each party to bear their own fees and costs.
3      IT IS SO STIPULATED

5  Dated: July ___, 2009        LAW OFFICES OF PANOS LAGOS

7  By: _____
8      Panos Lagos, Esq.
    Attorney for Plaintiffs
    ANTOINETTE CLARK
9      SHAYLA MONIOUE TERRELL

11  Dated: July 21, 2009        CRESWELL, ECHEGUREN, RODGERS & NOBLE

13  By: _____
    Ronald Echeguren, Esq.
14      Andrew Noble, Esq.
    Attorney for Defendant RICHARD DANIEL BURTON

16
17  Dated: July ___, 2009        MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
    PFALZER, BORGES & BROTHERS LLP

19  By: _____
20      James V. Fitzgerald, III
    Noah G. Blechman
21      Attorneys for Defendants
    CITY OF PINOLE, JAMES W. ROSE, ZACHERY R.
    BLUME, TIMOTHY CAUWELS

25  **ORDER OF THE COURT**
26  Plaintiff SHAYLA MONIQUE TERRELL's Complaint for Damages in the above entitled
27  action is hereby ordered dismissed, with prejudice, as against all Defendants, pursuant to Federal
28  Rule of Civil Procedure 41(a)(1), each party to bear their own fees and costs. In addition,

STIPULATION AND ORDER DISMISSING    2
PARTIES – C08-05537 JL

dismisses all claims, with prejudice, in her Complaint for Damages in the above entitled action as against Defendant ZACHARY R. BLUME only, each party to bear their own fees and costs.

IT IS SO STIPULATED

Dated: July 21, 2009  Law Offices of Panos Lagos

          By: _____
          Panos Lagos, Esq.
          Attorney for Plaintiffs
          ANTOINETTE CLARK
          SHAYLA MONIOUE TERRELL

Dated: July ___, 2009  Creswell, Echeguren, Rodgers & Noble

          By: _____
          Ronald Echeguren, Esq.
          Andrew Noble, Esq.
          Attorney for Defendant RICHARD DANIEL BURTON

Dated: July ___, 2009  McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers LLP

          By: _____
          James V. Fitzgerald, III
          Noah G. Blechman
          Attorneys for Defendants
          CITY OF PINOLE, JAMES W. ROSE, ZACHERY R. BLUME, TIMOTHY CAUWELS

## ORDER OF THE COURT