1   LAW OFFICES OF PANOS LAGOS
    Panos Lagos, Esq. / SBN 61821
2   5032 Woodminster Lane
    Oakland, CA 94602
3   (510)530-4078
    (510)530-4725/FAX
4   panoslagos@aol.com

5   Attorney for Plaintiffs,
    ANTOINETTE CLARK, SHAYLA MONIQUE TERRELL
6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  ANTOINETTE CLARK,                      )   Case No.: C 08-05537 JL (JCS)
    SHAYLA MONIQUE TERRELL,                )
11                                         )   STIPULATION AND [PROPOSED]
                          Plaintiffs,      )   ORDER CONTINUING SETTLEMENT
12  v.                                     )   CONFERENCE
                                           )
13  CITY OF PINOLE; JAMES W. ROSE,         )   Settlement Conf.: October 20, 2009
    individually and in his Official Capacity as )       Time:  9:30 a.m.
14  CHIEF OF POLICE OF THE CITY OF         )
    PINOLE POLICE DEPARTMENT;              )   Judge:    Hon. Joseph C. Spero
15  ZACHERY R. BLUME, individually and as  )
    an Officer of the CITY OF PINOLE POLICE )   Location:  Courtroom A, 15th Floor
16  DEPARTMENT (BADGE #341); TIMOTHY       )              Federal Building
    CAUWELS, individually and as an Officer of )           450 Golden Gate Avenue
17  the CITY OF PINOLE POLICE              )              San Francisco, CA 94102
    DEPARTMENT (BADGE #353),               )
18  RICHARD DANIEL BURTON,                 )
    and DOES 1 – 100, inclusive,           )
19                                         )
                          Defendants.      )
20  _____     )

21  IT IS HEREBY STIPULATED between the parties as follows:

22       1.    On October 7, 2009, the parties received an order from the Court referring the

23  above matter to Magistrate Judge Joseph C. Spero for settlement purposes and setting a

24  Settlement Conference date of October 20, 2009 at 9:30 a.m.

25       2.    The October 20, 2009 date is a conflict for counsel for Plaintiff, Panos Lagos, in

26  this matter as he has an already-booked vacation which takes him out of the State of California

27  from October 18 through October 25, 2009.  Therefore, Mr. Lagos' office contacted Judge

28

    JOINT CASE MANAGEMENT STATEMENT                                        - 1 -

1  Spero's calendar clerk and was informed that other available dates were those from December 7,

2  2009 through December 10, 2009 with a start time of 1:30 p.m..

3      3.      The parties then met and conferred and determined that December 8, 2009 was

4  the best available date for this Settlement Conference. As such, the parties hereby stipulate to

5  move the Settlement Conference to December 8, 2009 at 1:30 p.m. with Magistrate Judge Joseph

6  C. Spero. The parties agree to provide Settlement Conference Statements to the Court pursuant

7  to this new date and Magistrate Judge Joseph C. Spero's standing order regarding settlement

8  conferences.

9      4.      As such, good cause is present to move the Settlement Conference currently set

10  for October 20, 2009 to December 8, 2009 at 1:30 p.m., a date and time confirmed to be

11  convenient to the Court and the parties.

12      5.      Counsel on both sides of this matter have met and conferred regarding these

13  issues and have agreed to such stipulations.

14      **IT IS SO STIPULATED.**

15

16  Dated: October _____8____, 2009        McNamara, Dodge, Ney, Beatty, Slattery,
17                                Pfalzer, Borges & Brothers LLP

18

19                       By: _____
20                          James V. Fitzgerald, III
21                          Noah G. Blechman
                          Attorneys for Defendants
22                          CITY OF PINOLE, JAMES W. ROSE, individually
                        and in his Official Capacity as CHIEF OF POLICE OF
23                          THE CITY OF PINOLE POLICE DEPARTMENT;
                        ZACHERY R. BLUME, individually and as an Officer
24                          of the CITY OF PINOLE POLICE DEPARTMENT
                        (BADGE #341); TIMOTHY CAUWELS, individually
25                          and as an Officer of the CITY OF PINOLE
                        DEPARTMENT (BADGE #353)

26

27  ///

28  ///

Dated: October 13, 2009          LAW OFFICES OF PANOS LAGOS

_____
Panos Lagos, Esq.
Attorneys for Plaintiff,
ANTOINETTE CLARK

## ORDER

The parties have demonstrated good cause to continue the Settlement Conference from October 20, 2009 to December 8, 2009 at 1:30 p.m., a date convenient to the Court and the parties.

**IT IS SO ORDERED.**

Dated: _____10/14/09_____



By: _____
Honorab...
United St...                ...gistrate Judge