LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiffs,
ANTOINETTE CLARK, SHAYLA MONIQUE TERRELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE CLARK, SHAYLA MONIQUE TERRELL, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PINOLE; JAMES W. ROSE, individually and in his Official Capacity as CHIEF OF POLICE OF THE CITY OF PINOLE POLICE DEPARTMENT; ZACHERY R. BLUME, individually and as an Officer of the CITY OF PINOLE POLICE DEPARTMENT (BADGE #341); TIMOTHY CAUWELS, individually and as an Officer of the CITY OF PINOLE POLICE DEPARTMENT (BADGE #353), RICHARD DANIEL BURTON, and DOES 1 – 100, inclusive, <br><br> Defendants. | Case No.: C 08-05537 JL (JCS) <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE <br><br> Conference: October 28, 2009 <br> Time: 10:30 a.m. <br><br> Judge: Hon. James Larson <br><br> Location: Courtroom F, 15th Floor <br> Federal Building <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 |

IT IS HEREBY STIPULATED between the parties as follows:

     1.     On October 2, 2009, the parties attended a Settlement Conference before Magistrate James in the above matter, which proved unsuccessful. At that time, Magistrate James, on her own initiative, asked the parties to present themselves to Magistrate Spero for yet a third Settlement Conference. Therefore, a third Settlement Conference is now set before Magistrate Spero for December 8, 2009 at 1:30 p.m.

///

///

2.    Given the December 8, 2009 Settlement Conference and the otherwise unchanged status of this case, the parties hereby agree and stipulate to continuing the October 28, 2009 Case Management Conference to December 16, 2009 at 10:30 a.m.

3.    The parties agree to provide a Joint Case Management Statement to the Court pursuant to this new date and Magistrate Larson's standing order regarding case management conferences.

4.    As such, good cause is present to continue the Case Management Conference currently set for October 28, 2009 to December 16, 2009 at 10:30 a.m.

**IT IS SO STIPULATED.**

Dated: October __15__, 2009

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
CITY OF PINOLE, JAMES W. ROSE, individually and in his Official Capacity as CHIEF OF POLICE OF THE CITY OF PINOLE POLICE DEPARTMENT; ZACHERY R. BLUME, individually and as an Officer of the CITY OF PINOLE POLICE DEPARTMENT (BADGE #341); TIMOTHY CAUWELS, individually and as an Officer of the CITY OF PINOLE DEPARTMENT (BADGE #353)

Dated: October __15__, 2009

LAW OFFICES OF PANOS LAGOS

_____
Panos Lagos, Esq.
Attorneys for Plaintiff,
ANTOINETTE CLARK

///

///

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE                - 2 -

## ORDER

The parties have demonstrated good cause to continue the Case Management Conference from October 28, 2009 to December 16, 2009 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: October 16, 2009

By: _____
        Honorable James Larson
        United States District Court Magistrate Judge